ORIGINAL

Approved:    _____
JACKIE DELLIGATTI
Assistant United States Attorney

Before:      THE HONORABLE STEWART D. AARON
United States Magistrate Judge
Southern District of New York

**23 MAG 5673**

---

UNITED STATES OF AMERICA

v.

LUIS GARCIA,

                          Defendant.

---

**COMPLAINT**

Violations of 18 U.S.C. §§ 922(g)(1), 924(a)(8), and 2

COUNTY OF OFFENSE:
BRONX

DOC #

SOUTHERN DISTRICT OF NEW YORK, ss.:

WALTER MIKOWSKI, being duly sworn, deposes and says that he is a Task Force Officer with the United States Attorney's Office for the Southern District of New York, and charges as follows:

**COUNT ONE**
**(Possession of a Firearm After a Felony Conviction)**

1.    On or about July 18, 2023, in the Southern District of New York, LUIS GARCIA, the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a 9MM Century Arms firearm, serial number T6472-20BC12622, and the firearm was in and affecting commerce.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2.)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

2.    I am a Detective with the New York City Police Department ("NYPD") and a Task Force Officer with the United States Attorney's Office for the Southern District of New York. I have been with the NYPD for approximately 22 years.

3.    Based on my participation in the investigation, my conversations with other law enforcement officers, and my review of relevant reports and records, I have learned, in substance and in part, the following:

       a. For the past few months, law enforcement officers from the Drug Enforcement Administration and the NYPD have been investigating the interstate transportation of narcotics

and narcotics proceeds between New York and Connecticut. During that investigation, law enforcement officers learned that a certain 2019 grey Honda Ridgeline with Florida license plate PJ607Z ("Car-1") was believed to be involved with the transport of narcotics and narcotics proceeds between New York and Connecticut. Specifically:

i. Law enforcement officers learned that Car-1 contained two trap compartments: one built into the front center console ("Trap-1") and another larger trap behind Car-1's two back seats ("Trap-2"). Based on my training and experience, I know that traps are often used by drug traffickers to facilitate the transport of large quantities of narcotics and narcotics proceeds, and to conceal firearms used in the course of drug trafficking crimes.

ii. During their investigation, law enforcement officers obtained a warrant to place a GPS tracking device on Car-1, as well as a device that notified law enforcement officers when Trap-1 and Trap-2 were accessed by the user of Car-1. The tracking device confirmed that Car-1 is typically used to make trips from New York to Connecticut. For example:

1. On or about June 25, 2023, at approximately 11:28 a.m., law enforcement officers received an alert that one of Car-1's traps was accessed while Car-1 was in Queens, New York. Car-1 then traveled to Connecticut. Later that same day, at approximately 8:40 p.m., law enforcement officers received another alert that one of the car's traps was again opened, this time in the vicinity of Waterford, Connecticut. A short time later, Car-1 drove back to New York.

2. On or about July 2, 2023, Car-1 left from New York, and at approximately 3:16 p.m., law enforcement officers received an alert indicating that one of Car-1's traps was opened in the vicinity of New Haven, Connecticut. Shortly after the trap was accessed, Car-1 returned to New York and parked in the vicinity of 85th Avenue in Queens, New York ("Residence-1").

b. Law enforcement officers have conducted physical surveillance of Car-1, and have determined that LUIS GARCIA, the defendant, is the primary user of Car-1. Specifically:

i. In or about April 2023, law enforcement officers observed an individual ("Individual-1") exiting Residence-1 before entering Car-1.

ii. Law enforcement officers surveyed multiple databases and discovered that GARCIA is a known resident of Residence-1.

iii. Law enforcement officers compared a photograph of GARCIA from a law enforcement database with their physical surveillance, and concluded that Individual-1 is LUIS GARCIA.

iv. On or about June 5, 2023, law enforcement officers again observed GARCIA operating Car-1 in the vicinity of Residence-1.

c. On or about July 18, 2023, at approximately 12:45 p.m., Car-1 left Residence-1 and traveled northbound towards Connecticut. At approximately 6:07 p.m., Car-1 stopped in the vicinity of New London, Connecticut. At approximately 6:29 p.m., law enforcement officers

2

received an alert that Trap-2 had been accessed. Shortly thereafter, Car-1 began to travel back from Connecticut towards New York, stopping once in another location in New London, Connecticut.

　　　　d.　At approximately 10:15 p.m. that day, New York State Troopers conducted a stop of Car-1 on the Hutchinson River Parkway South in the Bronx. GARCIA was driving Car-1 when it was stopped.

　　　　e.　During the car stop, GARCIA stated to law enforcement officers, in substance and in part, that his cousin had driven him to Connecticut, where he picked up Car-1. GARCIA also stated that Car-1 had been in Connecticut for about one week, and that he was driving Car-1 back to New York. Based on my review of GPS coordinates tracking the location of Car-1, I know that GARCIA's statements to law enforcement officers was false, and that Car-1 had actually been in New York, at Residence-1, that is, GARCIA's known residence, earlier that day.

　　　　f.　From the outside of Car-1, law enforcement officers observed thousands of dollars of United States currency banded together and packed into the back pocket of the passenger seat.

　　　　g.　Shortly after GARCIA was stopped in Car-1, another law enforcement officer arrived at the scene with a dog ("Dog-1") trained in the detection of narcotics.[1] Dog-1 conducted a preliminary scan of the outside of Car-1 and then entered the passenger cabin. Dog-1 jumped to the back seat and alerted near Trap-2.

　　　　h.　Shortly thereafter, on or about July 19, 2023, law enforcement officers obtained a warrant to search Car-1. Upon conducting the search of Car-1, law enforcement officers recovered from Trap-2 a 9mm Century Arms pistol ("Firearm-1") and approximately $400,000 in United States currency. The United States currency was wrapped in black packaging and was then vacuum sealed in clear plastic packaging.

　　　　i.　On or about July 19, 2023, law enforcement officers obtained written consent to search Residence-1. Upon a search of Residence-1, law enforcement officers discovered packaging that matches the packaging in which the United States currency recovered from Trap-2 was contained. Law enforcement officers also recovered a money counter and observed a vacuum sealer whose use appears consistent with the manner in which the United States currency recovered from Car-1 was packaged.

4.　Based on my review of open-source documents, I know that Firearm-1 was not manufactured in New York State.

5.　Based on my review of public records, I know that, on or about November 20, 2015, LUIS GARCIA, the defendant, was sentenced to 60 months' imprisonment following his conviction for conspiracy to distribute cocaine, a felony, which is punishable by a term of imprisonment of more than one year.

---

[1] Dog-1 is assigned to the Port Authority of New York and New Jersey Police Department. He is trained in the detection of controlled substances, including cocaine, heroin, MDMA, and methamphetamine. Dog-1 was certified to detect controlled substances in December 2022. Dog-1 uses an alert where he sits or lays where controlled substances and/or odors of controlled substances are present. Dog-1 has participated in over 20 seizures of narcotics and/or controlled substances.

WHEREFORE, I respectfully request that LUIS GARCIA, the defendant, imprisoned or bailed, as the case may be.

Walter Mikowski
Task Force Officer
United States Attorney's Office
Southern District of New York

Sworn to before me on this 20th day of July, 2023.

THE HONORABLE STEWART D. AARON
United States Magistrate Judge
Southern District of New York

4